UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 1515 NEPTUNE AVENUE, ENCINITAS, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 392 COMPASS ROAD OCEANSIDE, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendants. | Civil No.   07cv0569-LAB (POR)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION** |

On May 21, 2007, the parties filed a Joint Motion for Judgment Upon Consent by Claimant Damien Andrews [Doc. No. 10]. The parties stipulate that Claimant consents to the entry of judgment against Claimant as to both defendant properties in this matter. Based thereon, the Early Neutral Evaluation scheduled for June 6, 2007 at 2:00 p.m. is hereby VACATED.

**IT IS SO ORDERED.**

DATED: May 30, 2007

LOUISA S PORTER
United States Magistrate Judge

cc:       The Honorable Larry Alan Burns
          all parties